| United States Bankruptcy Court<br>District of Western New York | INVOLUNTARY PETITION | |
|---|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>MITCHELL, LEE  S*.<br>MITCHEll, LEE L. SR, | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) | |
| LAST 4 DIGITS OF SOC. SEC./TAX I.D. NO. (If more than one, state all.)<br>8616 | | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>741 SYCAMORE STREET<br>BUFFALO, NY 14212 | MAILING ADDRESS OF DEBTOR (If different from street address) | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>ERIE | | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☑ Debts are primarily consumer debts
☐ Debts are primarily business debts

TYPE OF DEBTOR
☑ Individual         ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
☐ Corporation        ☐ Railroad
☐ Other: _____

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Full Filing Fee attached<br>☑ Petitioner is a child suport creditor or its representative, and the form specified in § 304g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>MITCHELL, LEE | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
b. ☑ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

| FORM 5 Involuntary Petition | Name of Debtor Mitchell, Lee _Sr._ |
| (12/03) | Case No. _____ |
| | (court use only) |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _(signed)_ Spouse | X _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Yolanda Mitchell           05/28/04 | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing   Yolanda Mitchell | Address |
| Address of Individual   107 Academy, Buffalo, NY 14211 | |
| Signing in Representative | Telephone No. |
| Capacity | |

| X _____ | X _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| X _____ | X _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Yolanda Mitchell<br>107 Academy Street<br>Buffalo, NY 14211 | Martial Debt | $72,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re: Lee Mitchell Sr.

Bankruptcy Case No. _____

Debtor

Chapter: 7

Address: 741 Sycamore Street Bflo 14212

Social Security Number(s): 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

Employer's Tax Identification No.(s)(if any) _____

## APPEARANCE OF CHILD SUPPORT CREDITOR*
## OR REPRESENTATIVE

I certify under penalty of purjury that I am a child support creditor* of the abpve-named debtor, or the authorized representative of such child support creditor, with respect to child support obligation which is set out below.

Name: YOLANDA MITCHELL

Organization: _____

Address: 107 Hedberly Rd Bfl N.Y. 14211

Telephone No.: (716) 891-5437

Date: 6/8/04

x _Yxl L. Mitchell_
Child Support Creditor* or Authorized Representative

## SUMMARY OF CHILD SUPPORT OBLIGATION

Amount in arrears:
$ 10,000

Amount currently due per week or per month on a continuing basis:
$ 600
(Per week)

$ _____
(Per month)

If child support has been Assigned:

Amount of support which is owed under assignments:
$ _____

Amount owed primary child support creditor (balance not assigned)
$ _____

Attach an itemized statement of account

\* Child support creditor includes both creditor to whom the debtor has a primary obligation to pay child support as well as any entity to whom such support has been assigned, if pursuant to Section (402) (a) (26) of the Social Security Act or if such debt has been assigned to the Federal Government or to any State or political subdivision of a State.



At I.A.S. Part 14 of the Supreme Court of the State of New York, County of Erie, held at the Courthouse located at 92 Franklin Street, Buffalo, New York on the 18th day of March, 2003.

Present: <u>HON. FREDERICK J. MARSHALL, J.S.C</u>
Justice Presiding

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

LEE MITCHELL

        Plaintiff,

-vs-

YOLANDA MITCHELL

        Defendant.

**ORDER**
Upon Stipulation

Index No. SF2000-901950

The above-named defendant, having properly move this Court by Order To Show Cause at a Special Term thereof, held in the Supreme Court of the State of New York, County of Erie, located at 92 Franklin Street, in the City Buffalo, County of Erie on the 18th day of March, 2003, for an Order (1) requiring plaintiff Lee Mitchell to immediately satisfy and abide by the terms, conditions and directives of the Order of Support of Erie County Family Court [Docket No. F-15362-2000] dated September 14, 2000; and (2) requiring plaintiff Lee Mitchell, in the event he is called to active military duty, to pay support, provide medical insurance, and other benefits, to defendant Yolanda Mitchell, and Morgen Mitchell, Lee Mitchell, Jr. and Try'Mayne Mitchell from income and benefits derived from plaintiff Lee Mitchell's military service, consistent with terms, conditions and directives of the Order of Support of Erie County Family Court dated September 14, 2000, and said matter having been duly heard by this Court at said Special Term, at which time

plaintiff, LEE MITCHELL appeared by his attorney Mary M. Donogher, Esq., and at which time defendant YOLANDA MITCHELL, appeared pro se, and the plaintiff LEE MITCHELL offering no opposition to the relief sought by defendant YOLANDA MITCHELL in the ORDER TO SHOW CAUSE, and that plaintiff LEE MITCHELL and defendant YOLANDA MITCHELL having entered into a stipulation, and after said matter having been duly heard by this Court and the stipulation having been accepted at said Special Term, and the Court after due deliberation,

NOW, on motion of defendant YOLANDA MITCHELL, it is,

ORDERED, that plaintiff LEE MITCHELL, within 7 days of entry of this ORDER, provide copies of documents that identifies his military unit and its' location; provide the name, rank, and address of the commanding officer of his military unit; produce and execute all forms and documents necessary to provide current and updated military identification cards with enrollment in military health insurance plans, for defendant YOLANDA MITCHELL and children Morgen Mitchell, Lee Mitchell, Jr. and Try'Mayne Mitchell; and provide defendant YOLANDA MITCHELL full and complete disclosure of any insurance policies that names either Yolanda Mitchell, Morgen Mitchell, Lee Mitchell, Jr. or Try'Mayne Mitchell as beneficiaries; and it is further

ORDERED, that plaintiff LEE MITCHELL forward by regular first class mail to residence of defendant YOLANDA MITCHELL copies of any and all deployment orders, not later than 24 hours of plaintiff's receipt of such; and it is further

ORDERED, that on the occurrence of deployment of plaintiff LEE MITCHELL by the United States military, the United States military is hereby ordered and authorized, consistent with the Order of Support of Erie County Family Court, dated September 14, 2000 [Docket No. F-15362-2000], with such being fully incorporated into and made part of this Order, to deduct from the military salary, stipend, and dependent care allowances provided to plaintiff LEE MITCHELL a sum of $600.00 bi-weekly plus and additional $300.00 bi-weekly, payable towards arrearage,

for a total sum of $900.00 bi-weekly and forward such deductions by negotiable instrument made payable to defendant YOLANDA MITCHELL and mailed directly to defendant YOLANDA MITCHELL at 107 Academy Road, Buffalo, New York 14211; and it is further

ORDERED, that plaintiff LEE MITCHELL, in full consultation with defendant YOLANDA MITCHELL, shall make a full and accurate accounting of deficiencies in payments required by the Order of Support of Erie County Family Court, dated September 14, 2000 [Docket No. F-15362-2000] and file with the Clerk of the Court not later than 45 days after the entry of this Order a financial plan and payment schedule whereby plaintiff LEE MITCHELL will pay to defendant YOLANDA MITCHELL a sum equal to any deficiencies in the payments required by the Order of Support of Erie County Family Court, dated September 14, 2000 [Docket No. F-15362-2000].

Signed this __18__ day of March, 2003.

**GRANTED**

MAR 18 2003

BY _____
ROBERT ADAMSKI
COURT CLERK

Hon. FREDERICK J. MARSHALL
Justice, New York State Supreme Court

ENTER:

Page 3 of 3

Case 1-04-14299-MJK,   Doc 1,   Filed 06/08/04,   Entered 06/08/04 16:52:23,
Description: Main Document , Page 6 of 6